UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Daniel Jean-Gilles,

                Plaintiff,                    **ORDER**

      -against-                           20 Civ. 1999 (AEK)

Rockland County et al,

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The parties have consented to my jurisdiction over all proceedings in this matter.  ECF No. 54.  An initial telephonic conference is hereby scheduled for **Thursday, November 18, 2021 at 9:30 a.m.**

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.  Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated:  October 7, 2021
           White Plains, New York

                                                        **SO ORDERED.**

                                                  _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge