UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Daniel Jean-Gilles,

                      Plaintiff,                       **ORDER**

       -against-                        20 Civ. 1999 (AEK)

Rockland County, et al.,

                      Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been notified that Plaintiff's counsel passed away on December 1, 2021. In light of this, all pending deadlines in the case management order are hereby stayed. Plaintiff is directed to send a letter to the Court by March 1, 2022, informing the Court of his progress in finding new counsel. Such letter should be mailed to Magistrate Judge Andrew E. Krause at the Hon. Charles L. Brieant, Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, NY 10601, or sent via e-mail to KrauseNYSDChambers@nysd.uscourts.gov.

      The telephonic status conference currently scheduled for February 18, 2022 at 9:30 a.m. is hereby ADJOURNED until Friday, March 11, 2022 at 9:30 a.m. If Plaintiff has been able to retain new counsel before March 11, 2022, new counsel must participate in the status conference. If Plaintiff has not been able to retain new counsel before March 11, 2022, Plaintiff himself must participate in the status conference. To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should counsel or Plaintiff experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Counsel for Defendants is directed to serve a copy of this Order on Plaintiff and file proof of service via ECF.

Dated: December 28, 2021
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge