UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x   Index No. 21 Civ. 1999
                                                                    (AEK)

DANIEL JEAN-GILLES

                                 Plaintiff,

    -against-

ROCKLAND COUNTY, EDWIN DAY, *Individually,* and JOSE GUILLERMO ROSA, Individually

                                 Defendants.
-------------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

**To: The Clerk of this Court and All Other Parties**

    Please take notice that henceforth Anne Donnelly Bush, Esq. of the Law Office of Anne Donnelly Bush, hereby enters an appearance as counsel for the Plaintiff DANIEL JEAN-GILLES in the above captioned matter. Please direct all correspondence and notices accordingly.

Email: adblaw@annedonnellybush.com

Dated: New York, New York
28 February, 2022

                                               **LAW OFFICES OF ANNE DONNELLY BUSH**

                                               By:_____/ss_____
                                               ANNE DONNELLY BUSH, Esq. (AD5486)
                                             43 West 43rd Street, Suite 117
                                             New York, New York 10036-7424
                                             Tel: (914) 239-3601
                                             Fax: (914) 219-3145