UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Daniel Jean-Giles,

                         Plaintiff,                    **ORDER**

        -against-                        20 Civ. 1999 (AEK)

Rockland County, et al.,

                         Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court was notified that Plaintiff's counsel, Ambrose Wotorson, Esq., passed away on December 1, 2021. Accordingly, the Clerk of the Court is respectfully requested to terminate Mr. Wotorson from the docket in this matter.

Dated: June 14, 2022
       White Plains, New York

                                                    **SO ORDERED.**

                                                    _____
                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge