## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
DANIEL JEAN-GILLES,

                Plaintiff,            20 **CIVIL** 1999 (AEK)

    -against-                       **JUDGMENT**

ROCKLAND COUNTY, EDWIN DAY, individually,
and JOSE GUILLERMO ROSA, individually.

                Defendants.
-------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2024, Defendants' motion for summary judgment (ECF No. 82) is GRANTED, and the case is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          March 29, 2024

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**

                        **BY:**
                                                 **Deputy Clerk**